UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CV-62180-Cohn/Seltzer

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation;
ROBERT COHEN, an Individual; and
PATRICIA L. KENNEDY, an Individual;

    Plaintiffs,

vs.

RADHE, INC. *d/b/a* TRAVEL BUDGET MOTEL *A/K/A* BUDGET INN*,*
a Florida Corporation*,*
And MAGAN T. RANCHOD, an Individual

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS

PLEASE TAKE NOTICE that the undersigned parties, Plaintiffs, ACCESS FOR THE DISABLED, INC., a Florida not-for-profit corporation, ROBERT COHEN, an Individual, and PATRICIA L. KENNEDY, an Individual, (hereinafter collectively the "Plaintiffs"), through their undersigned counsel, and Defendants, through their undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. The Plaintiff and Defendants have entered into a Settlement Agreement regarding this matter. Pursuant to the Settlement Agreement, Plaintiff and Defendant now jointly move that this matter be dismissed with prejudice, with this Honorable Court retaining jurisdiction over this matter for the enforcement of the Settlement.  A resolution of all matters in dispute has been made pursuant to a certain Settlement Agreement between the

parties. All parties shall bear their own attorney's fees, costs and expenses other than those specified in said Settlement Agreement, and, other than enforcement of said settlement agreement, agree not to file any additional motions in this matter.

Dated:  <u>April 30, 2012.</u>

Respectfully submitted,

<u>By: S/ Tal Shemtov</u>
   **Tal Shemtov, Esquire**
 Florida Bar No. 28456
**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
  9715 West Broward Blvd. #256
  Plantation, Fl 33324
  Telephone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM

<u>*By: S/* **MATT WEINSTEIN**</u>
**MATT WEINSTEIN, ESQ.**
fbn 113320
Attorney for Defendant
10723 Spothwest 104th St.
Miami, FL 33176
ph:(305) 670-5200; fax: (305) 271-0467